

FILED

LOIS ROGERS
CLERK OF THE DIST COURT SMITH CO., TX
BY_____ DEPUTY

CAUSE NO. 114-1505-06

| STATE OF TEXAS | X | IN THE 114TH DISTRICT |
| VS | X | COURT IN AND FOR |
| CLIFTON WILLIAMS<br>Capital Murder, Capital Felony<br>as charged in the Indictment | X | SMITH COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

FORMAL SENTENCING
PURSUANT TO MANDATE FROM TEXAS COURT OF CRIMINAL APPEALS JUN 16 2015
ORDER SETTING DATE OF EXECUTION
ORDER FOR ISSUANCE OF WARRANT OF EXECUTION   Abel Acosta, Clerk

---

## JUDGMENT

JUDGE PRESIDING AT TRIAL:
CYNTHIA STEVENS KENT

Date originally sentenced
and Judgment: October 13, 2006

JUDGE PRESIDING AT FORMAL
SENTENCING:
CHRISTI KENNEDY

Date of formal sentencing
upon Mandate affirming
case and Order Denying 11.071
State Writ: March 18, 2009

Date of re-sentencing following
denial of federal habeas corpus
relief: June 4, 2015

---

ATTORNEY FOR STATE:
MATT BINGHAM
APRIL SIKES

ATTORNEY FOR DEFENDANT AT TRIAL:
MELVIN THOMPSON
LAJUANDA LACY
ATTORNEY ON DIRECT APPEAL:
STEPHEN EVANS
TONDA CURRY
ATTORNEY ON 11.071 STATE WRIT:
JEFF HAAS

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

ATTORNEYS   ON   FEDERAL   HABEAS
CORPUS WRIT
SETH KRETZER
JAMES W. VOLBERDING

ATTORNEY AT FINAL SENTENCING
FOLLOWING DENIAL OF FEDERAL
HABEAS CORPUS RELIEF:
JAMES W. HUGGLER

---

OFFENSE CHARGED: CAPITAL MURDER      DATE OFFENSE
CONVICTED OF: CAPITAL MURDER         COMMITTED JULY 9, 2005
DEGREE:   CAPITAL FELONY

---

CHARGING INSTRUMENT: INDICTMENT      PLEA:   NOT GUILTY
TERMS OF PLEA BARGAIN NONE

---

DATE SENTENCE FORMALLY PRONOUNCED
AND IMPOSED: OCTOBER 13, 2006        COSTS:    $550.00

---

Date Sentence Formally Pronounced following Mandate from Texas Court of Criminal Appeals affirming Judgment and Sentence and following denial of 11.071 writ application:

March 18, 2009

Date Sentence Formally Pronounced following denial of federal habeas corpus relief:

June 4, 2015

---

**DATE OF EXECUTION:**        July 16, 2015 as provided by law

---

Punishment:                          Date Set for Execution:
    Death by lethal injection            July 16, 2015 as provided
    as provided by law                   by law



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

Place of Execution:
    As provided by law in the Texas Department of Criminal
    Justice - Institutional Division (formerly Texas Department
    of Corrections, State Penitentiary)
-------------------------------------------------------------------

                JUDGMENT AND SENTENCE UPON FORMAL SENTENCING
                          WARRANT OF EXECUTION

        The Defendant having been indicted in the above entitled and
numbered cause for the felony offense of CAPITAL MURDER as charged
in the indictment, a capital felony, and this cause being called
for jury selection on JULY 27, 2006, the State appeared by her
Criminal District Attorney MATT BINGHAM and Assistant District
Attorneys APRIL SIKES, and the Defendant CLIFTON WILLIAMS, appeared
in person and by his counsel MELVIN THOMPSON AND LAJUANDA LACY,
also being present and both parties announced ready and jury
selection commenced, and the Defendant in open court was duly
arraigned and pleaded Not Guilty to the charge of Capital Murder as
contained in the indictment herein, a jury, to-wit: JAMIE LEACH and
eleven others, were duly selected, along with one alternate juror,
and upon completion of jury selection the jury was impaneled and
sworn.  On SEPTEMBER 19, 2006 the Court proceeded with the trial
with the reading of the indictment, the defendant entering his plea
of "Not Guilty," opening statements, and introduction of evidence.
The jury, who having heard the evidence submitted, and having been
duly charged by the court, and after hearing argument of counsel,
retired in the charge of the proper office to consider their
verdict, and afterward were brought into open Court, by the proper
officer, the Defendant and his counsel being present, and in due
form of law returned into open Court the following unanimous
verdict, which was received by the Court, and is here and now
entered upon the minutes of the Court, to wit:

        WE, THE JURY, unanimously find, beyond a reasonable doubt, the
        Defendant, CLIFTON WILLIAMS, GUILTY of the offense of Capital
        Murder, as charged in the indictment.

                                /s/ JAMIE LEACH
                                FOREMAN

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

The Defendant having been found guilty of Capital Murder by the verdict of the jury and thereupon further evidence being heard by the jury on the special issues pertaining to punishment, the Court again charged the jury as provided by law on the following special issues:

## SPECIAL ISSUE NO. 1

Is there a probability that the defendant, CLIFTON WILLIAMS, would commit criminal acts of violence that would constitute a continuing threat to society?

## SPECIAL ISSUE NO. 2

Taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, is there sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

## SPECIAL ISSUE NO. 3

Is the defendant, CLIFTON WILLIAMS, a person with mental retardation?

## SPECIAL ISSUE NO. 4

Taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, the mental impairment of the defendant that might not amount to mental retardation, if any, and the personal moral culpability of the defendant, is there sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

The jury, after hearing arguments of counsel, retired in charge of the proper officer to consider their verdict and afterwards were brought into open Court by the proper officer; the Defendant and his counsel being present and in due form of law returned into open Court the following verdict, which was received


CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

by the court and is here and now entered upon the minutes of the Court, to-wit:

ANSWER TO SPECIAL ISSUE NUMBER 1:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 1 is "YES."

/s/ JAMIE LEACH
FOREMAN

ANSWER TO SPECIAL ISSUE NUMBER 2:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 2 is "YES."

/s/ JAMIE LEACH
FOREMAN

ANSWER TO SPECIAL ISSUE NUMBER 3:

We, the jury, unanimously hereby find and determine that the answer to this Special Issue No. 3 is "NO."

/s/ JAMIE LEACH
FOREMAN

ANSWER TO SPECIAL ISSUE NUMBER 4:

We, the jury unanimously find and determine that the answer to this Special Issue NO.4 is "NO."

/s/ JAMIE LEACH
FOREMAN

 CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

## JURY CERTIFICATE

WE, THE JURY, RETURN IN OPEN COURT THE ABOVE ANSWER OR ANSWERS AS OUR ANSWER OR ANSWERS TO THE SPECIAL ISSUE OR SPECIAL ISSUES SUBMITTED TO US, AND THE SAME IS OUR VERDICT IN THIS CASE.


/s/ JAMIE LEACH
FOREMAN


IT was therefore considered and adjudged by the Court, that the said Defendant is guilty of the offense of Capital Murder, as charged in the indictment, a Capital Felony; and that the said Defendant committed said offense on or about the 9TH day of JULY, 2005, as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues and in accordance with State law by imposition of the sentence of DEATH, according to the law.

THEREUPON the said Defendant was informed by the Court of the mandatory appeal of this Judgment and Sentence to the Texas Court of Criminal Appeals as provided by law and rights to an 11.071 Application for Writ of Habeas Corpus, and further the said Defendant was asked by the Court whether he had anything to say why said sentence should not be pronounced against him, subject to the mandatory appeal and mandate, and he answered nothing in bar thereof, and it appearing to the Court that the Defendant was mentally competent and understood the English language, the Court proceeded, then in the presence of the Defendant, his counsel, and counsel for the state, to pronounce sentence, subject to mandatory appeal, against him as follows:

IT IS THE ORDER OF THE COURT, that the said Defendant, CLIFTON WILLIAMS, is guilty of the offense of CAPITAL MURDER, as charged in the indictment, a Capital Felony; and that the said Defendant, CLIFTON WILLIAMS, committed said offense of CAPITAL MURDER on or about the 9TH day of JULY, 2005 as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues along with Texas law, by imposition of the punishment of DEATH, according to the law, and said Defendant is remanded to the Sheriff of Smith County, Texas to be delivered to

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

the Director of the Texas Department of Corrections (Texas Department of Criminal Justice, Institutional Division), or other person legally authorized to receive said Defendant, to be held until the date for execution as set out in this judgment and Death Warrant with date of execution, as provided by law.

The Court certified the record for appeal and an appeal to the Texas Court of Criminal Appeals followed.  On the 22ND day of December, 2008 the Texas Court of Criminal Appeals issued its Mandate in this cause of action and finding that there was no error in the judgment of the trial court, it ORDERED, ADJUDGED, and DECREED that the judgment of the trial court be in all things affirmed, and that the Defendant pay all costs in this behalf expended and that the defendant's motion for rehearing be denied. The trial court received the Mandate commanding the trial court to observe the order of the Texas Court of Criminal Appeals in this case and to duly recognize, obey and execute said mandate.

On June 4, 2015, this case was again called for formal sentencing in accordance with the verdicts and Judgment herein rendered and entered against the Defendant, CLIFTON WILLIAMS, on October 13, 2006. The State appeared by her Criminal District Attorney, MATT BINGHAM (together with her Assistant Criminal District Attorney APRIL SIKES) and the Defendant, CLIFTON WILLIAMS, appeared in person and with JAMES W. HUGGLER as his current counsel for formal setting of a date of execution, and whereupon the State of Texas announced ready and the Defendant announced ready, and the defendant offered nothing at bar as to why the date of execution should not be set, the Court proceeding with formal sentencing and setting of date of execution.  Thereupon the Defendant, CLIFTON WILLIAMS, through his counsel was asked by the Court whether he had anything to say or offer at bar as to why sentence should not be formally pronounced against him and said counsel indicated there was nothing he had to offer at bar as to why sentence should not be formally pronounced and a date of execution set.  It appearing to the Court that the Defendant, CLIFTON WILLIAMS, is mentally competent and understanding of the English language, the Court proceeded, in the presence of the said Defendant, CLIFTON WILLIAMS, and all his counsel and counsel for the State, in open court to formally pronounce Judgment and Sentence against the Defendant in accordance with the jury's verdicts and mandate of the Texas Court


CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

of Criminal Appeals, to set the date of execution, and to order issuance of the Warrant of Execution as follows:


IT IS THE ORDER OF THE COURT, that the said Defendant, CLIFTON WILLIAMS, who has been adjudged to be GUILTY of the felony offense of CAPITAL MURDER, as charged in the indictment in this cause, a Capital Felony; and that the said Defendant, CLIFTON WILLIAMS, committed said offense on the 9TH day of JULY, 2005, as found by the jury, and whose punishment has been assessed by application of law to the verdicts of the Jury on the Special Issues submitted and the Judgment of the Court, by DEATH, according to law, and, it is ORDERED, that the Defendant, CLIFTON WILLIAMS, be taken by the Sheriff of Smith County, Texas, and by him kept in custody until the Clerk of this Court shall issue and deliver to said Sheriff a DEATH WARRANT (also known as a WARRANT OF EXECUTION), in accordance with this Judgment and Sentence, directed to the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), at Huntsville, Texas, commanding him, the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections - State Penitentiary) to put into execution the Judgment and Sentence of DEATH against the said CLIFTON WILLIAMS, and immediately upon the issuance of said WARRANT OF EXECUTION, the Sheriff of Smith County, Texas is directed to take the said CLIFTON WILLIAMS, together with the said WARRANT OF EXECUTION, to the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) or other person legally authorized to receive such convicts, and deliver the said CLIFTON WILLIAMS and said WARRANT OF EXECUTION into the custody of said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), and the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) is hereby COMMANDED and DIRECTED to keep the said CLIFTON WILLIAMS until the

**16TH DAY OF JULY, 2015**



CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE

upon which day, at the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), at any time after the hour of 6:00p.m. in a room arranged for the purpose of execution, the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) is hereby, acting by and through the executioner designed by said Director as provided by law, COMMANDED, ORDERED, and DIRECTED to carry out this Judgment and Sentence of DEATH by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said CLIFTON WILLIAMS and until said CLIFTON WILLIAMS is dead, such procedure to be determined and supervised, in accordance with law, by the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary).

ORDERED IN OPEN COURT ON THE 4TH DAY OF JUNE, 2015.

SIGNED ON THIS THE 11TH DAY OF JUNE, 2015.

_____
HONORABLE CHRISTI KENNEDY
JUDGE, 114TH DISTRICT COURT
SMITH COUNTY, TEXAS


CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

## ORDER

THEREFORE, it is the further ORDER and the Judgment of this Court that the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), acting by and through the executioner designed by said Director as provided by law, be and is hereby DIRECTED, ORDERED and COMMANDED to, at any time after the hour of 6:00 p.m. on the **16TH day of JULY, 2015**, in a room arranged for the purpose of execution at the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) to carry out this Judgment and Sentence of DEATH by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said CLIFTON WILLIAMS and until said CLIFTON WILLIAMS is dead, such procedure to be determined and supervised, in accordance with law, by the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary).

SIGNED THIS THE 11TH DAY OF JUNE, 2015.

HONORABLE CHRISTI KENNEDY
JUDGE, 114TH DISTRICT COURT
SMITH COUNTY, TEXAS



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

## WARRANT OF EXECUTION

ALL IN ACCORDANCE with this Warrant of Execution (Death Warrant) for the execution of the sentence of DEATH, and in accordance with the Judgment, Sentence (and Formal Re-Sentencings), and Order Setting Date of Execution and Order for Issuance of Warrant of Execution of this Court, show herein, which I certify to be true and correct copies of such documents now on file in my office and entered on the Minutes of said Court. A certified true and correct copies of the Judgment and Sentence entered by the Court on OCTOBER 13, 2006 which was affirmed by the Texas Court of Criminal Appeals, is attached hereto as Exhibit "A."

HEREIN FAIL NOT, BUT DUE RETURN MAKE OF THE WARRANT OF EXECUTION SHOWING HOW YOU HAVE EXECUTED THE SAME.

Given under my hand and seal of the 114th Judicial District Court of Smith County, Texas on this the 11TH DAY OF JUNE, 2015.

_____
LOIS ROGERS
DISTRICT CLERK/SMITH COUNTY, TEXAS
CLERK OF THE 114TH JUDICIAL DISTRICT COURT
SMITH COUNTY, TEXAS
BY: _____
DEPUTY DISTRICT CLERK
Print Name:
_____



CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

CAUSE NO: 114-1505-06

# DEATH WARRANT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS | § | SMITH COUNTY, TEXAS |
| | § | 114TH DISTRICT COURT |
| CLIFTON LAMAR WILLIAMS | | |

TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMMEMT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF SMITH COUNTY, TEXAS:

On 10-13-06, the above – named defendant, in the above styled and numbered cause was convicted of the offense of Capital Murder. On the 06-11-15., the Court sentence the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Texas Court of Criminal Appeals' affirming the above name Mandate having received notice of the Court of Criminal Appeals" denial of the defendant's initial application for writ of habeas corpus sentenced the above-names defendant to death for the offense CAPTIAL MURDER and ORDERS that the execution be had Thursday the 16th. day of July., 2015, at any time after the hour of 6:00 P.M. at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Smith County, Texas is hereby commanded to transport the defendant to the Institutional Division of the Texas Department of Criminal Justice and deliver the defendant and this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director of the proper receipt for the defendant, and the Sheriff will return the receipt to the office of the District Clerk of Smith county, Texas.

The Director of the Institutional Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 P.M. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

WITNESS MY HAND AND SEAL of the 114th. Judicial District Court of Smith County, Texas, at my office in the City of Tyler, Texas, on the 11th. day of June, 2015.



LOIS ROGERS, District Clerk
Smith County, Texas
100 N. Broadway Suite #204,
Tyler, Texas 75702

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

CERTIFIED TO BE A TRUE
AND CORRECT COPY
FILED IN THE SMITH COUNTY
DISTRICT CLERK'S OFFICE

# RETURN

The Sheriff of Smith County, Texas, received this Writ on the _____ day of _____, 20___ at _____ M. and executed the same by delivering the original and one copy of this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice on the ____ day of _____, 20__, and by taking his receipts for the said warrant, which receipts are hereto attached do here now make my return on this Writ this _____ day of _____ 20__.

o

_____
**LARRY SMITH**, Sheriff
Smith County, Texas

On this the _____ day of _____, 20__, the follow papers related to cause number **114-1505-06** styled:

**THE STATE OF TEXAS, vs. CLIFTON LAMAR WILLIAMS** were received from the Sheriff of Smith County, Texas,

1. Original and one copy of **DEATH WARRANT** to be delivered to the Warden of the Director of the Institutional Division of the Institutional Division of the Texas Department of Criminal Justice.

2. One certified copy of the Execution Order.

The Texas Department of Criminal Justice acknowledges receipt of the Execution Order and Death Warrant in the Cause No. 114-1505-06 on this the _____ day of _____ 20___.

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Classification and Records

BY: _____



CERTIFIED TO BE A TRUE AND CORRECT COPY FILED IN THE SMITH COUNTY DISTRICT CLERK'S OFFICE